CARL JORGENSEN, PLAINTIFF-PETITIONER, v. THE PENN-SYLVANIA RAILROAD COMPANY, DEFENDANT-RE-SPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 317.

*Mr. Stanley W. Greenfield* for the petitioner.

*Messrs. Strong & Strong* for the respondent.

January 23, 1956. Denied.

HENRY OMILANOWICZ, PETITIONER-PETITIONER, v. UNITED ENGINEERS & CONSTRUCTORS, INC., RE-SPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Charles Bressler* and *Mr. Aaron Gordon* for the petitioner.

*Mr. David M. Sellick* for the respondent.

January 23, 1956. Denied.